UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                              §
                                    §
WOODS, JEFF                         §       Case No. 11-05561
ANDERSON, SHERRY                    §
                                    §
              Debtor(s)             §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH R. VOILAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 12/20/2012 in Courtroom 250,
                United States Courthouse
                c/o Kane County Courthouse
                100 S. 3rd St., Geneva, IL 60134

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 11/20/2012                         By: Kenneth S. Gardner
                                                           Clerk of the Bankruptcy Court

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL 60560

UST Form 101-7-NFR (5/1/2011) *(Page: 1)*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                              §
                                    §
WOODS, JEFF                         §    Case No. 11-05561
ANDERSON, SHERRY                    §
                                    §
            Debtor(s)               §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 4,000.00 |
| and approved disbursements of | $ | 300.00 |
| leaving a balance on hand of[1] | $ | 3,700.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: JOSEPH R. VOILAND | $ 1,000.00 | $ 0.00 | $ 1,000.00 |
| Trustee Expenses: JOSEPH R. VOILAND | $ 157.92 | $ 0.00 | $ 157.92 |
| Attorney for Trustee Fees: JOSEPH R. VOILAND | $ 708.00 | $ 0.00 | $ 708.00 |
| Attorney for Trustee Expenses: JOSEPH R. VOILAND | $ 11.18 | $ 0.00 | $ 11.18 |
| Total to be paid for chapter 7 administrative expenses | | $ | 1,877.10 |
| Remaining Balance | | $ | 1,822.90 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 24,539.49 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 7.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Fifth Third Bank | $ 1,574.51 | $ 0.00 | $ 116.96 |
| 000002 | Fifth Third Bank | $ 21,317.68 | $ 0.00 | $ 1,583.57 |
| 000003 | GE Capital Retail Bank | $ 1,647.30 | $ 0.00 | $ 122.37 |
| | Total to be paid to timely general unsecured creditors | | $ | 1,822.90 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

UST Form 101-7-NFR (5/1/2011) *(Page: 3)*

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Joseph R. Voiland
Trustee

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL 60560

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 11-05561-MB
Jeff Woods                                                              Chapter 7
Sherry Anderson
        Debtors               **CERTIFICATE OF NOTICE**

District/off: 0752-1          User: froman              Page 1 of 3              Date Rcvd: Nov 21, 2012
                              Form ID: pdf006           Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 23, 2012.
db/jdb          Jeff Woods,   Sherry Anderson,   3n910 Oakland Lane,   North Aurora, IL 60542
16810313       +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
16810316        DEX,   PO BOX 660835,   Dallas, TX 75266-0835
16810315       +Daniel Paprzyca,   Jackie Paprzyca,   9746 McVickers,   Oak Lawn, IL 60453-3641
17504709       +Delnor Community Hospital,   Payment Processing Center,   PO Box 88055,   Chicago, IL 60680-1055
16810318      ++FIFTH THIRD BANK,   MD# ROPS05 BANKRUPTCY DEPT,   1850 EAST PARIS SE,
                 GRAND RAPIDS MI 49546-6253
                (address filed with court: Fifth Third Bank,   38 Fountain Square Plz,   Cincinnati, OH 45202)
16810317       +Fifth Third Bank,   5050 Kingsley Dr,   Cincinnati, OH 45227-1115
18378447       +Fifth Third Bank,   9441 LBJ Freeway, Suite 350,   Dallas, TX 75243-4652
16810319       +Fifth Third Processing Soluitons,   MD10907H-8622,   38 Fountain Square Plaza,
                 Cincinnati, OH 45263-0001
17504710       +Gastrointestinal Health,   PO Box 3008,   Carol Stream, IL 60132-3008
16810322       +Michael D. Fine,   Sarah A. Faulkner/ Chase Bank,   131 S. Dearborn St., Floor 5,
                 Chicago, IL 60603-5571
16810324       +Newark Mechanical In.,   Aire Serv of KDL,   PO BOX 211,   Sheridan, IL 60551-0211
16810326       +PNC Bank,   PO BOX 856177,   Louisville, KY 40285-6177
16810325       +Paragonway,   2101 West Ben Whit,   Austin, TX 78704-7516
17504711       +Pathology Consultants,   PO Box 724,   Geneva, IL 60134-0724
16810328       +Rush Copley Medical Center,   2000 Ogden Ave,   Aurora, IL 60504-5893
16810330       +State Farm Fncl Svcs F,   Attn: Loan Servicing,   Po Box 31557,   Billings, MT 59107-1557
17504712       +Surgery Group SC,   1665 South Street,   Genevea, IL 60134-2571
17518461       +Tri City Radiology,   9410 Compubill Drive,   Orland Park, IL 60462-2627
17518462       +Valley Emergency Care Management,   PO BOX 9367,   Daytona Beach, FL 32120-9367

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16810312        E-mail/Text: bkr@cardworks.com Nov 22 2012 02:12:58      Advanta,   P.O. Box 30715,
                 Salt Lake City, UT 84130
16810314       +E-mail/Text: bankruptcy_notifications@ccsusa.com Nov 22 2012 02:11:56
                 Credit Collection Services,   2 Wells Avenue,   Dept. AMFA,   Newton Center, MA 02459-3208
18532784        E-mail/PDF: rmscedi@recoverycorp.com Nov 22 2012 02:31:59      GE Capital Retail Bank,
                 c/o Recovery Management Systems Corp,   25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
16810320       +E-mail/Text: bankruptcy@hraccounts.com Nov 22 2012 02:09:26      H & R Accounts Inc,   Po Box 672,
                 Moline, IL 61266-0672
16810321       +E-mail/Text: bknotices@mbandw.com Nov 22 2012 04:22:10      McCarthy, Burgess & Wolff,
                 26000 Cannon Rd,   Bedford, OH 44146-1807
16810323       +E-mail/Text: bankruptcydpt@mcmcg.com Nov 22 2012 02:10:29      Midland Credit Management,
                 Po Box 939019,   San Diego, CA 92193-9019
16810329       +E-mail/PDF: gecsedi@recoverycorp.com Nov 22 2012 02:23:24      Sams Club,
                 Attention: Bankruptcy Department,   Po Box 105968,   Atlanta, GA 30348-5968
                                                                                              TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16810327*      +PNC Bank,   PO BOX 856177,   Louisville, KY 40285-6177
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1          User: froman              Page 2 of 3            Date Rcvd: Nov 21, 2012
                              Form ID: pdf006           Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 23, 2012**                    **Signature:**     _/s/ Joseph Speetjens_

```
District/off: 0752-1           User: froman              Page 3 of 3                  Date Rcvd: Nov 21, 2012
                               Form ID: pdf006           Total Noticed: 27
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 20, 2012 at the address(es) listed below:
              James A Young    on behalf of Debtor Jeff Woods jyoung@youngbklaw.com,
               Sarai@youngbklaw.com;ylara@youngbklaw.com
              Joseph  Voiland    jrvoiland@sbcglobal.net, jvoiland@ecf.epiqsystems.com
              Joseph R Voiland    on behalf of Plaintiff Joseph Voiland jrvoiland@sbcglobal.net
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 4