# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| WOODS, JEFF | § | Case No. 11-05561 |
| ANDERSON, SHERRY | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH R. VOILAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:                                  Assets Exempt:
*(Without deducting any secured claims)*


Total Distributions to Claimants:                  Claims Discharged
                                                   Without Payment:


Total Expenses of Administration:

---

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     (see **Exhibit 2**), yielded net receipts of $         from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/JOSEPH R. VOILAND_____
                                                                     Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH R. VOILAND | | | | | |
| JOSEPH R. VOILAND | | | | | |
| U.S. BANKRUPTCY COURT ND, ILL | | | | | |
| JOSEPH R. VOILAND | | | | | |
| JOSEPH R. VOILAND | | | | | |
| AMERICAN, REMAX GREAT | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | FIFTH THIRD BANK | | | | | |
| 000001 | FIFTH THIRD BANK | | | | | |
| 000003 | GE CAPITAL RETAIL BANK | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

Case 11-05561 Doc 68 Filed 03/03/13 Entered 03/03/13 08:26:13 Desc Main
Document Page 6 of 10

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 11-05561 RG Judge: MANUEL BARBOSA | | | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|---|---|
| Case Name: | WOODS, JEFF | | | Date Filed (f) or Converted (c): | 02/14/11 (f) |
| | ANDERSON, SHERRY | | | 341(a) Meeting Date: | 04/04/11 |
| For Period Ending: | 12/31/12 (2nd reporting period for this case) | | | Claims Bar Date: | 04/10/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Mobile home: 1994 Fleetwood Park | 10,000.00 | 0.00 | | 4,000.00 | FA |
| 2. amended entry | 0.00 | 0.00 | | 0.00 | 0.00 |
| 3. amended entry | 0.00 | 0.00 | | 0.00 | 0.00 |
| 4. amended entry | 0.00 | 0.00 | | 0.00 | 0.00 |
| 5. amended entry | 0.00 | 0.00 | | 0.00 | 0.00 |
| 6. amended entry | 0.00 | 0.00 | | 0.00 | 0.00 |
| 7. amended entry | 0.00 | 0.00 | | 0.00 | 0.00 |
| 8. PNC Bank Checking Account | 1.69 | 0.00 | DA | 0.00 | FA |
| 9. PNC Bank business checking account | 0.74 | 0.00 | DA | 0.00 | FA |
| 10. PNC Bank business checking account | 48.06 | 0.00 | DA | 0.00 | FA |
| 11. PNC Bank business checking account | 903.63 | 0.00 | DA | 0.00 | FA |
| 12. Bank of America checking | 318.97 | 0.00 | DA | 0.00 | FA |
| 13. Bank of America business checking account | 500.00 | 0.00 | DA | 0.00 | FA |
| 14. Bank of America business checking acct. | 2,963.20 | 0.00 | DA | 0.00 | FA |
| 15. Security Deposit-Landlord | 1,100.00 | 0.00 | DA | 0.00 | FA |
| 16. Household goods | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 17. wearing apparel | 100.00 | 0.00 | DA | 0.00 | FA |
| 18. Camera | 50.00 | 0.00 | DA | 0.00 | FA |
| 19. Insurance Policy | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 20. Life Insurance Policy | 0.00 | 0.00 | DA | 0.00 | FA |
| 21. Diversified Investment Advisors | 330.00 | 0.00 | DA | 0.00 | FA |
| 22. Chianti's Restaurant Jeff Woods: 50% Sherry Ande | 0.00 | 0.00 | DA | 0.00 | FA |
| 23. 2003 Chevy Tahoe | 7,000.00 | 0.00 | DA | 0.00 | FA |
| 24. 1995 Chevy Pick Up | 775.00 | 0.00 | DA | 0.00 | FA |
| 25. 1998 Dodge Caravan | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 26. 1985 Grand Prix | 1,500.00 | 0.00 | DA | 0.00 | FA |

Case 11-05561   Doc 68   Filed 03/03/13   Entered 03/03/13 08:26:13   Desc Main
Document      Page 7 of 10

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 2

Exhibit 8

Case No:  11-05561  RG  Judge: MANUEL BARBOSA  
Case Name:  WOODS, JEFF  
ANDERSON, SHERRY  

Trustee Name:  JOSEPH R. VOILAND  
Date Filed (f) or Converted (c):  02/14/11 (f)  
341(a) Meeting Date:  04/04/11  
Claims Bar Date:  04/10/12  

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 27. 1988 Ford Explorer | 200.00 | 0.00 | DA | 0.00 | FA |
| 28. 1989 Chevy Dump Truck | 150.00 | 0.00 | DA | 0.00 | FA |
| 29. Fax | 50.00 | 0.00 | DA | 0.00 | FA |
| 30. Misc used equipment: 6-7 refrigerators, stove, | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 31. 2 mowers, trimmers used for land care busines | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 32. Misc food items | 1,500.00 | 1,436.29 | DA | 0.00 | FA |

                                                                                                    Gross Value of Remaining Assets  
TOTALS (Excluding Unknown Values)          $35,491.29          $1,436.29                          $4,000.00                          $0.00  
                                                                                                (Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 09/15/12     Current Projected Date of Final Report (TFR): 09/15/12

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 11-05561 -RG | | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|---|
| Case Name: | WOODS, JEFF | | Bank Name: | Congressional Bank |
| | ANDERSON, SHERRY | | Account Number / CD #: | *******7912 Checking Account |
| Taxpayer ID No: | *******5595 | | | |
| For Period Ending: | 12/31/12 | | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | | Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | BALANCE FORWARD | | | | 0.00 |
| | 08/08/12 | 1 | First Midwest Bank | | 1110-000 | 4,000.00 | | 4,000.00 |
| | 10/09/12 | 001001 | Remax Great American | broker services re: Glenwood Resort | 3510-000 | | 300.00 | 3,700.00 |
| | 12/20/12 | 001002 | JOSEPH R. VOILAND<br>1625 Wing Road<br>Yorkville, IL 60560 | | 2100-000 | | 1,000.00 | 2,700.00 |
| | 12/20/12 | 001003 | JOSEPH R. VOILAND<br>1625 Wing Road<br>Yorkville, IL 60560 | | 2200-000 | | 157.92 | 2,542.08 |
| | 12/20/12 | 001004 | JOSEPH R. VOILAND | | 3110-000 | | 708.00 | 1,834.08 |
| | 12/20/12 | 001005 | JOSEPH R. VOILAND | | 3120-000 | | 11.18 | 1,822.90 |
| * | 12/20/12 | 001006 | Fifth Third Bank<br>9441 LBJ Freeway, Suite 350<br>Dallas, TX 75243 | | 7100-003 | | 116.96 | 1,705.94 |
| * | 12/20/12 | 001007 | Fifth Third Bank<br>9441 LBJ Freeway, Suite 350<br>Dallas, TX 75243 | | 7100-003 | | 1,583.57 | 122.37 |
| * | 12/20/12 | 001008 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | | 7100-003 | | 122.37 | 0.00 |
| * | 12/24/12 | 001006 | Fifth Third Bank<br>9441 LBJ Freeway, Suite 350<br>Dallas, TX 75243 | VOID | 7100-003 | | -116.96 | 116.96 |
| * | 12/24/12 | 001007 | Fifth Third Bank<br>9441 LBJ Freeway, Suite 350<br>Dallas, TX 75243 | VOID | 7100-003 | | -1,583.57 | 1,700.53 |
| * | 12/24/12 | 001008 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp | VOID | 7100-003 | | -122.37 | 1,822.90 |

Page Subtotals 4,000.00 2,177.10

Ver: 16.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-05561 -RG | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|
| Case Name: | WOODS, JEFF | Bank Name: | Congressional Bank |
| | ANDERSON, SHERRY | Account Number / CD #: | *******7912 Checking Account |
| Taxpayer ID No: | *******5595 | | |
| For Period Ending: | 12/31/12 | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 25 SE 2nd Ave Suite 1120 | | | | |
| | | Miami FL 33131-1605 | | | | |
| 12/24/12 | 001009 | U.S. Bankruptcy Court ND, ILL | | 2700-000 | | 250.00 | 1,572.90 |
| 12/24/12 | 001010 | Fifth Third Bank | | 7100-000 | | 100.92 | 1,471.98 |
| | | 9441 LBJ Freeway, Suite 350 | | | | |
| | | Dallas, TX 75243 | | | | |
| 12/24/12 | 001011 | Fifth Third Bank | | 7100-000 | | 1,366.39 | 105.59 |
| | | 9441 LBJ Freeway, Suite 350 | | | | |
| | | Dallas, TX 75243 | | | | |
| 12/24/12 | 001012 | GE Capital Retail Bank | | 7100-000 | | 105.59 | 0.00 |
| | | c/o Recovery Management Systems Corp | | | | |
| | | 25 SE 2nd Ave Suite 1120 | | | | |
| | | Miami FL 33131-1605 | | | | |

|  | COLUMN TOTALS | 4,000.00 | 4,000.00 | 0.00 |
|---|---|---|---|---|
|  | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
|  | Subtotal | 4,000.00 | 4,000.00 | |
|  | Less: Payments to Debtors | | 0.00 | |
|  | Net | 4,000.00 | 4,000.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********7912 | 4,000.00 | 4,000.00 | 0.00 |
| | ---------------- | ---------------- | ---------------- |
| | 4,000.00 | 4,000.00 | 0.00 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  0.00  1,822.90

Ver: 16.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

Exhibit 9

| Case No: | 11-05561 -RG | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|
| Case Name: | WOODS, JEFF | Bank Name: | Congressional Bank |
| | ANDERSON, SHERRY | Account Number / CD #: | *******7912  Checking Account |
| Taxpayer ID No: | *******5595 | | |
| For Period Ending: | 12/31/12 | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | Page Subtotals | 0.00 | 0.00 | |

Ver: 16.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*